UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 1 0 2003
Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

IN RE:                              :

  LINWOOD BARNHILL             :      Case No. 02-00258
     Debtor                    :         Chapter 13

**TRUSTEE'S AMENDED REPORT OF UNCLAIMED FUNDS PURSUANT TO
11 U.S.C. SECTION 347(a) AND BANKRUPTCY RULE 3011**

Comes now Cynthia A. Niklas, Esquire, Chapter 13 Trustee, and pursuant to 11 U.S.C. §347(a) and Bankruptcy Rule 3011, reports that a stop pay order has been entered on the following check(s) remaining unpaid over ninety (90) days after final distribution:

Linwood Barnhill                    02/03   Ck.# 270156
106 15th St SE
Washington, DC 20003                Amount:  $2,063.28

The Trustee accordingly requests that the attached check, 275576, payable to the Clerk, U.S. Bankruptcy Court representing said unclaimed funds be deposited into the Registry of the Court and disposed of under 28 U.S.C. §129.

_____
CYNTHIA A. NIKLAS, Esq.
4545 42nd St. N.W.
Suite 211
Washington, DC 20016-4623

ATTORNEY AT LAW
CYNTHIA A. NIKLAS
CHAPTER 13 TRUSTEE
DISTRICT OF COLUMBIA

SUITE 211
4545 FORTY-SECOND ST., N.W.
WASHINGTON, D.C.
20016-4623
(202) 362-8500
FAX (202) 362-3487

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Report on Claims was mailed, postage prepaid, September 9, 2003, to said payee at the above-stated address, and to the following:

Gilman & Edwards
8401 Corporate Dr
Suite #1140
Landover, MD 20785

_____
CYNTHIA A. NIKLAS, Esq.
Chapter 13 Trustee